1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                             FOR THE DISTRICT OF ARIZONA

8

Robert Bluntschly,                    )        No.CIV 07-0627-PHX-SMM (CRP)
9                                      )
               Petitioner,             )
10                                     )        **MEMORANDUM OF DECISION AND**
   vs.                                 )        **ORDER**
11                                     )
Dora Schriro, et al.,                  )
12                                     )
               Respondents.            )
13  _____)

14

15        Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant

16  to 28 U.S.C. § 2254 (Doc. #1).  The matter was referred to Magistrate Judge Charles R. Pyle

17  for a Report and Recommendation (Doc. #3).  On November 21, 2008, the Magistrate Judge

18  filed a Report and Recommendation with this Court (Doc. #19).  To date, no objections have

19  been filed.

20                                  **STANDARD OF REVIEW**

21        The Court "may accept, reject, or modify, in whole or in part, the findings or

22  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan,

23  923 F.2d 1391, 1394 (9th Cir. 1991).  Parties have ten days from the service of a copy of the

24  Magistrate's recommendation within which to file specific written objections to the Court.

25  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.  Failure to object to a Magistrate Judge's

26  recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's

27  factual findings and waives all objections to those findings on appeal.  See Turner v. Duncan,

28  158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's conclusion "is

1  a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

2  Id.

### DISCUSSION

4  Having reviewed the Report and Recommendation of the Magistrate Judge, and no

5  Objections having been made by any party thereto, the Court hereby incorporates and adopts

6  the Magistrate Judge's Report and Recommendation.

### CONCLUSION

8  For the reasons set forth,

9  **IT IS ORDERED** that the Court adopts the Report and Recommendation of the

10  Magistrate Judge (Doc. #19).

11  **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

12  is **DENIED**, terminating this case.  The Clerk of the Court shall enter judgment accordingly.

13  DATED this 22nd day of December, 2008.

14

15

16  Stephen M. McNamee
   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28